No. 23-1668

# United States Court of Appeals for the Federal Circuit

**COPAN ITALIA S.P.A. and COPAN INDUSTRIES, INC.,**

*Petitioners-Appellants,*

v.

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**

*Respondent-Appellee.*

*Petition for Review from the United States International Trade Commission Investigation No. 337-1279*

**NOTICE OF CORRECTION TO APPELLANTS' OPENING BRIEF (ECF NO. 10) AND [CORRECTED] OPENING BRIEF (ECF NO. 28)**

FORM 9.　ertificate of Interest　　　　　　　　　　　　　　　　　　　Form 9 (p. 1)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 23-1668

**Short Case Caption** Copan Italia, S.p.A. and Copan Industries, Inc. v. ITC

**Filing Party/Entity** Copan Italia, S.p.A. and Copan Industries, Inc.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 03/20/2023　　　　　　　Signature: /s/ James Wodarski

　　　　　　　　　　　　　　　Name: James Wodarski

FORM 9. Certificate of Interest                                              Form 9 (p. 2)
                                                                              March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Copan Italia S.p.A. | | Copan Italia S.p.A. (10% or more stock in Copan Industries, Inc.) |
| Copan Industries, Inc. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐     Ad itional pages attached

**FORM 9. Certificate of Interest** Form 9 (p. 3)
March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable　　☐ Additional pages attached

| | | |
|---|---|---|
| James M. Wodarski<br>Mintz Levin Cohn Ferris Glovsky and Popeo PC | Andrew H. DeVoogd<br>Mintz Levin Cohn Ferris Glovsky and Popeo PC | Courtney Herndon<br>Mintz Levin Cohn Ferris Glovsky and Popeo PC |
| Michael T. Renaud<br>Mintz Levin Cohn Ferris Glovsky and Popeo PC | Peter J. Cuomo<br>Mintz Levin Cohn Ferris Glovsky and Popeo PC | Sean M. Casey<br>Mintz Levin Cohn Ferris Glovsky and Popeo PC |
| Michael C. Newman<br>Mintz Levin Cohn Ferris Glovsky and Popeo PC | Daniel B. Weinger<br>Mintz Levin Cohn Ferris Glovsky and Popeo PC | Willams S. Dixon<br>Mintz Levin Cohn Ferris Glovsky and Popeo PC |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes file separate notice; see below)　☑ No　☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable　　☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Pursuant to Federal Circuit Rule 32, Appellants Copan Italia S.p.a. and Copan Industries, Inc. (collectively, "Copan") respectfully submit this Notice of Correction to Appellants' Opening Brief (ECF No. 10) and Corrected Opening Brief (ECF No. 28). After filing the briefs, it came to Copan's attention that the addenda to the public versions of ECF Nos. 10 and 28 contains confidential business information in the Final Initial Determination and Order No. 51: Construing Certain Terms of The Asserted Claims Of The Patents At Issue (Appx7-Appx295). In the public version of the Second Corrected Opening Brief Copan has replaced pages Appx21; Appx27, Appx40-50 Appx85, Appx90-91, Appx96-105; Appx109; Appx132-134, Appx136-138, Appx146, Appx151-153, Appx164-167, Appx169, Appx192, Appx201-210, Appx214; Appx217-219, Appx221-223, Appx276 of the addendum to its Opening Brief.

A corrected version of Copan's Opening Brief (with the above correction and with the designation "Second Corrected" on the cover) will be filed electronically. No other changes to the brief have been made.

Finally, we request that ECF Nos. 10 and 28 are permanently removed from the docket as they contain confidential information on the public docket.

Dated: November 28, 2023                    Respectfully submitted,

                                            */s/ James M. Wodarski*
                                            James M. Wodarski
                                            JWodarski@mintz.com
                                            Michael C. Newman

1

MCNewman@mintz.com
Peter J. Cuomo
PJCuomo@mintz.com
Daniel B. Weinger
DBWeinger@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

*Counsel for Petitioners-Appellants*
*Copan Italia S.p.A. and*
*Copan Industries, Inc.*